IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EUGENIA B. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:07cv696 |
| | ) | |
| FAIRFAX COUNTY GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant's Motion to Dismiss (Dkt. no. 14), Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. no. 20), and Plaintiff's Request to Deny Defendant's Motion to Dismiss (Dkt. no. 21). It is hereby,

ORDERED that Defendant's Motion to Dismiss (Dkt. no. 14) is GRANTED WITHOUT PREJUDICE. Plaintiff has until 5:00 pm on November 27, 2007, to file an amended complaint.

It is further ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. no. 20) is GRANTED IN PART AND DENIED IN PART. The Second Amended Complaint filed contemporaneously with Plaintiff Motion for Leave to File an Amended Complaint on October 29, 2007 (Dkt. no. 20) is hereby stricken from the record. However, Plaintiff may file an amended complaint by the aforementioned date.

Plaintiff's Request to Deny Defendant's Motion to Dismiss (Dkt. no. 21) is DENIED.

ENTERED this 9th day of November, 2007.

/s/
Liam O'Grady
United States District Judge

Alexandria, Virginia