```
               UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     Alexandria Division
```

EUGENIA WHITE,                      )
                                    )
      Plaintiff,                    )
                                    )
 v.                                 )   Civil Action No. 1:07cv696
                                    )
FAIRFAX COUNTY GOVERNMENT,          )
                                    )
      Defendant.                    )

## MEMORANDUM OPINION

THIS MATTER came before the Court on pro se plaintiff's Motions to Extend Deadline for Expert Testimony (## 65, 68).

UPON REVIEW of plaintiff's Motions, defendant's Opposition, as well as plaintiff's Motion to Deny Defendant's Motion to Dismiss Request for Extension of Expert Testimony, the Court makes the following findings.

First, plaintiff has already received two extensions of the expert disclosure deadline. By Order of March 14, 2008, the Court granted in part plaintiff's unopposed Motion for Extension of Discovery by extending the discovery deadlines by four weeks. That Order extended the deadline for expert disclosures from March 21 to April 18, 2008.

On April 18, and again on April 25, plaintiff filed a Motion to Extend Deadline for Expert Testimony. On May 1, Judge O'Grady granted that Motion, giving plaintiff a further two-week extension of the expert disclosure deadline, from April 18 to May

2, 2008. The very next day, plaintiff filed the first of the two instant Motions.

Moreover, plaintiff offers no good cause justifying the instant request for an extension. Plaintiff has had more than nine months since she filed her Complaint to obtain expert testimony. Given the length of time plaintiff has been given, it appears she has not been diligent in seeking expert witnesses to testify on her behalf. Without a showing of such diligence, the Court cannot find good cause to extend the deadline.

THEREFORE, plaintiff's Motions are hereby DENIED.

An appropriate Order shall issue.

ENTERED this 13th day of May, 2008.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia